Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

| | |
|---|---|
| GREGORY W. KUGLE | 6502-0 |
| gwk@hawaiilawyer.com | |
| CASEY T. MIYASHIRO | 11145-0 |
| ctm@hawaiilawyer.com | |
| LOGAN T. ARAKI | 11792-0 |
| lta@hawaiilawyer.com | |

1003 Bishop Street, Suite 1600
Honolulu, HI 96813
www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

Attorneys for Plaintiffs
 FRANK W. K. SYLVA AND SHAREN G. L. SYLVA, as Trustees

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FRANK W. K. SYLVA AND SHAREN G. L. SYLVA, as Trustees of the Frank Wilbur Kuamu Sylva and Sharen Gwen Leiolani Sylva Trust, dated November 7, 2014, as amended,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>VIKING HOLDINGS, INCORPORATED, a Nevada corporation,<br><br>　　　　　　　Defendant.<br>_____ | CIVIL NO. 1:25-cv-00227-MWJS-RT<br><br>**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM RE: JURISDICTION; DECLARATION OF FRANK W.K. SYLVA; DECLARATION OF SHAREN G.L. SYLVA** |

# PLAINTIFFS' SUPPLEMENTAL MEMORANDUM RE: JURISDICTION

Plaintiffs FRANK W. K. SYLVA AND SHAREN G. L. SYLVA, as Trustees of the Frank Wilbur Kuamu Sylva and Sharen Gwen Leiolani Sylva Trust, dated November 7, 2014, as amended ("**Plaintiffs**") respectfully submit this memorandum in response to the Court's Order filed on June 13, 2025 [Doc. No. 9] to supplement the jurisdictional allegations made in the Complaint. Specifically, the Court requested supplemental evidence as to the citizenship of Plaintiffs.

## I. Plaintiffs Are Citizens of Hawaii

For purposes of diversity jurisdiction analysis, Plaintiffs are both citizens of Hawaii. Frank W.K. Sylva is currently, and on May 30, 2025[1] was a citizen of Maui County, Hawaii, as set forth by the accompanying Declaration of Frank W.K. Sylva. Similarly, Sharen G.L. Sylva is currently, and on May 30, 2025 was a citizen of Maui County, Hawaii, as set forth by the accompanying Declaration of Sharen G.L. Sylva. Furthermore, the Supreme Court has ruled that the citizenship of a trust for diversity jurisdiction purposes is the citizenship of its trustee. *Navarro Savings Ass'n v. Lee*, 446 U.S. 458, 462 (1980). Thus, the Frank Wilbur Kuamu Sylva and Sharen Gwen Leiolani Sylva Trust itself is a citizen Maui County, Hawaii for the purposes of diversity jurisdiction. 28 U.S.C. § 1332. Therefore, Plaintiffs are citizens of Hawaii pursuant to 28 U.S.C. § 1332. *Id.*

---

[1] The date of the filing of the Complaint was May 30, 2025. *See* ECF 1.

## II. Conclusion

For the reasons stated above, Plaintiffs respectfully request that the Court deem Plaintiffs as citizens of Hawaii for the purposes of diversity jurisdiction, and respectfully requests that the Court proceed with the instant matter.

DATED: Honolulu, Hawaii, June 18, 2025.

DAMON KEY LEONG KUPCHAK HASTERT

*/s/ Logan T. Araki*

GREGORY W. KUGLE
CASEY T. MIYASHIRO
LOGAN T. ARAKI

Attorneys for Plaintiffs
  FRANK W. K. SYLVA AND SHAREN G. L.
  SYLVA, as Trustees